DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED '07 MAR 16 16:43 USDC-ORE

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

Enedina Moreno

      Plaintiff,

vs.                                                             Civil No. 06-cv-01044-AA

Commissioner of Social Security

      **Defendant.**

**ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$6.57**, costs in the amount of **$6.30**, and attorney's fees in the amount of **$3869.45** for total in the amount of **$3882.32**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this ___ day of March, 2007.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**